**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **LAURA C.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   No.  1:19-cv-300-GZS |
| | ) |
| **ANDREW M. SAUL, Commissioner** | ) |
| **Of Social Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 17) filed August 2, 2020, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 18th day of August, 2020.